FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:14-cv-583-oc

No PRC

JASON MAPLE,

    Plaintiff,

v.

CRICKET WIRESLESS, INC., a Delaware corporation,
CRICKET WIRELESS, LLC, a Delaware corporation,
BELAL ENTERPRISES, INC., a Florida corporation,
BELAL AHMAD, individually, and
TYLER NOUBANI, individually,

    Defendants.

_____

### NOTICE OF REMOVAL

Defendants, CRICKET WIRELESS COMMUNICATIONS, INC.[1] AND CRICKET WIRELESS, LLC. ("Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove this action from the Circuit Court of the 5th Judicial Circuit in and for Lake County, Florida, where the action is now pending, to the United States District Court for the Middle District of Florida. The removal of this action is based upon the following:

1. On or about September 4, 2014, Plaintiff Jason Maple ("Plaintiff") filed a civil action in the Circuit Court of the 5th Judicial Circuit in and for Lake County, Florida, entitled *Jason Maple v. Cricket Wireless, Inc., et al.,* Case No. 2014 CA 001733 (hereinafter referred to as the "State Court Action"). True and correct copies of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite *Exhibit "A."*

---

[1] Plaintiff identifies Cricket Communications, Inc. as a party to this matter. However, the appropriate corporate entity is Cricket Wireless Communications, Inc.

2. In his First Amended Complaint, Plaintiff asserts causes of action alleging violations of his federally protected rights under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 *et seq.*, as well as a state law cause of action for unpaid wages under Florida common law and a state law cause of action alleging violations of Fla. Stat. §448.102.

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted claims under the FLSA. This Court has supplemental jurisdiction of Plaintiff's state law claims pursuant to 28 U.S.C. §1367(a).

4. A copy of the First Amended Complaint and Summons in the State Court Action were served upon Defendants Cricket Wireless, LLC and Cricket Wireless Communications, Inc. on September 25, 2014, and September 29, 2014, respectively. *See* Ex. B. This constituted Defendants' first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendants received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Ocala Division. *See* 28 U.S.C. § 1441(a). The Middle District, Ocala Division is the appropriate venue because Plaintiff alleges that the actions at issue took place in Lake County, Florida.

7. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written Notice of the Removal to Plaintiff and to Defendants Belal Enterprises, Inc., Belal Ahmad and Tyler Noubani[2] and have filed a copy of this Notice of Removal in the Circuit Court of the 5th Judicial Circuit, in and for Lake County, Florida. A copy of Defendants' Notice of Filing Notice of Removal is attached hereto as Exhibit C.

**WHEREFORE**, Defendants respectfully request that this action now pending in the Circuit Court of the 5th Judicial Circuit, in and for Lake County, Florida be removed to this Court.

DATED this 23rd day of October 2014.   Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

By: */s/ Brigid A. Patrick*
Patrick G. DeBlasio, III, Esq.
Florida Bar No. 0871737
E-Mail: pdeblasio@littler.com
Brigid A. Patrick
Florida Bar No. 0079048
E-Mail: bpatrick@littler.com

*Counsel for Defendants Cricket Wireless, LLC and Cricket Wireless Communications, Inc.*

---

[2] Counsel for Defendants Belal Enterprises, Inc., Belal Ahmad and Tyler Noubani has informed counsel for Defendants that Defendants Belal Enterprises, Inc., Belal Ahmad and Tyler Noubani consent to the removal and will file a notice to confirm the same.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of October 2014, a true and correct copy of the foregoing was filed with the Court via hand-delivery, and served via E-mail and U.S. Mail on the following:

Counsel for Plaintiff
John W. Bolanovich, Esq.
Bogin, Munns & Munns, P.A.
2601 Technology Drive
Orlando, FL 32804
Tel: 407.578.1334
Fax: 407.578.2181
Email: bolanovich@boginmunns.com

Counsel for Defendants Belal Enterprises, Inc., Belal Ahmad and Tyler Noubani
Gavin D. Lee, Esq.
5703 Red Bug Lake Road, DMB#129
Winter Springs, FL 32708-4969
Tel: 407.339.5151
Fax: 407.695.4770
Email: gavin@gavindlee.com

/s/ *Brigid A. Patrick*
Brigid A. Patrick

Firmwide:129637867.1 061317.1205